UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ROBERT PEAK

VERSUS

JOHN FALGOUST, ET AL

CIVIL ACTION NO. 07-533-RET-CN

JUDGE TYSON

MAG. JUDGE NOLAND

## ORDER

Considering the above and foregoing Motion to Dismiss,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered suit be and the same is hereby dismissed with prejudice as to all defendants.

BATON ROUGE, LOUISIANA, this 18th day of December, 2007.

UNITED STATES JUDGE